# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

June 4, 2021

162258-9

HAROLD PALKA,
      Plaintiff-Appellee,

v

AAA OF MICHIGAN, d/b/a AUTO CLUB
GROUP INSURANCE,
      Defendant/Third-Party Plaintiff-
      Appellee,

and

HOME-OWNERS INSURANCE COMPANY,
      Defendant/Third-Party Defendant-
      Appellant.

SC: 162258
COA: 350204
Livingston CC: 16-029031-NF

_____/

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
      Defendant-Appellant,

and

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant-Appellee,

and

MICHIGAN ASSIGNED CLAIMS PLAN,
      Defendant.

SC: 162259
COA: 350207
Livingston CC: 16-029193-NF

_____/

On order of the Court, the application for leave to appeal the September 10, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., did not participate due to a familial relationship.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

p0524